# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF VERMONT**

GREGORY BUNCE, Individually and )
as Personal Representative of the )
Estate of Peter Bunce, and )
EVELYN BUNCE, Individually )
Plaintiffs ) Case No. 2:23-cv-133-cr
)
v. )
)
GLOCK, INC., and )
GLOCK GES m.b.H, )
Defendants )

**AFFIDAVIT OF PATRICK MCDONALD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Patrick McDonald, declare as follows:

1. I am Of Counsel with Renzulli Law Firm, LLP, One North Broadway, Suite 1005, White Plains, NY 10601, telephone number: (914) 285-0700, facsimile number: (914) 285-1213, e-mail: pmcdonald@renzullilaw.com.

2. I am licensed to practice law in the following courts. I am a member in good standing and eligible to practice in each of these jurisdictions:

| Court | Bar Number |
|---|---|
| State of New York | 5183298 |
| U.S. Court of Appeals, Ninth Circuit | N/A |
| U.S. District Court for the Eastern District of New York | PM9836 |

| | |
|---|---|
| U.S. District Court for the Southern District of New York | PM1298 |

3. I have no pending disciplinary complaints as to which a finding has been made that the complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

5. I have fully reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of The United States District Court for the District of Vermont, and the Vermont Rules of Professional Conduct.

6. I have designated Matthew Byrne and Brooks McArthur of Gravel & Shea PC to act as my agents for service of process.

7. I have designated the District of Vermont as the forum for the resolution of any dispute arising out of my admission.

FURTHER DECLARANT SAYETH NAUGHT.

Pursuant to 28 U.S.C. § 1746(b), I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I could and would so testify.

Executed on July 27, 2026.

Patrick McDonald