EXHIBIT 1

**From:** Laura White <lwhite@whiteandquinlan.com>
**Sent:** Thursday, October 15, 2026 3:39 PM
**To:** Jeffrey M. Malsch; Christopher Renzulli
**Subject:** [EXTERNAL] Meet and Confer in Bunce

Jeff and Chris,

I have not heard back from you on my request to further meet and confer in follow up to your call with ET in September. Specifically, I'm interested in knowing whether Glock agrees to produce documents responsive to RFPD No. 41. It seems like a no brainer since you have produced reports where LE have decided to switch to Glock that you must also produce the negative evidence. Regarding that dispute and several others, please see the below categories of discovery that we intend to press with the Court, and let me know your position as soon as possible. I am also gathering a supplemental document production that I should have to you by early next week.

**FIRST MEET AND CONFER DISPUTE**

Glock has now produced numerous studies when LE agencies decided to convert to one of its pistols, but zero reports/evaluations/studies when they reached the opposite conclusion. Barring agreement by end of day tomorrow that Glock will produce any of these in their possession by next week, I need to request a conference with the Court ASAP. We have a 600-page spreadsheet of LE agencies that converted to Glock. We want to know what their decision-making process in the early years, and how many were concerned about the lack of a manual safety on the weapon.

I am deeply concerned that in two separate depositions now, Chris has asserted that I already have a copy of Lt John Rutherford's report issued in the late 1980s out of the Jacksonville Sheriff's Department. In the Jannuzzo deposition, Chris went so far as to say I was "unprepared" by not having a copy of the report to show the witness. To my knowledge, you have never produced this report, despite now affirming on the record twice that you have it. Please turn the report over immediately, or if I have somehow missed it despite recently reviewing your entire document production and ours, please provide the Bates number for my reference. The same goes for the "Fort Benning" report, or anything authored by an individual by the name of Patrick, as referenced in Jannuzzo's deposition. Same for the FBI report in the late 1980s, and any other conclusions reached by LE agencies that decided not to switch to Glock, even if they later changed course. If Glock claims to no longer possess these materials that harm their defense, we will bring a motion for spoliation sanctions.

**SECOND MEET AND CONFER DISPUTE**

In reviewing Defendants' full document production, I see only one email that originated from a Glock employee and was sent to other Glock employees. Maybe there are a handful of others, but the remainder of ESI produced by Glock consists of NSSF blasts. Please explain. This appears to raise significant grounds for a spoliation motion.

**THIRD MEET AND CONFER DISPUTE**

Please supplement your disclosures and answers to INTs with information about the knowledge in possession of the following witnesses Jannuzzo mentioned, who were never disclosed by Defendants: Chris Edwards, Sherry Collins, Jim Pledger, Joseph Magee, Yohan Quendler, Karl Walter, Frank Dinuzzo, Bob McCracken, Mike Blount, and Chuck Miller, and any others I may have missed that Jannuzzo mentioned. Glock is obviously going to defend this case by citing the fact that so many LE agencies converted to Glock in the early 1990s and beyond. Therefore, any employees who were instrumental in the sales and marketing effort at that time have discoverable information. Glock has an obligation to supplement its disclosures with this information and last known address/phone for each.

**FOURTH MEET AND CONFER DISPUTE**

We intend to ask the Court to compel production of Glock's MHS Army submission, as well as all documents related to the 19X and Glock's decision to remove the manual safety. We anticipate you will not agree to produce the army submission materials without me asking the Court to reconsider its earlier ruling, but please let me know if you will agree to produce documents related to the design, manufacturer, alterations, and dissemination of the 19X. We already have the marketing materials. We also need identities of individuals involved in placing the 19X into the stream of commerce after 2018 without a manual safety.

Finally, please produce documents and supplement INT answers with information about the Glock 17S that was sold with a manual safety, which Jannuzzo thought may have been sold in Norway. We have no other information from Glock about this pistol, but Ayoob knew of it as well. This information should have been disclosed years ago.

I am free tomorrow after 2 pm to meet and confer, and I can make Monday afternoon work as well. I would like to request a conference on any of the above items that remain unresolved by Tuesday morning at the earliest.

Thanks,
Laura