**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | | |
|---|---|---|
| **GREGORY BUNCE,** Individually and as Personal Representative of the Estate of Peter Bunce, and<br><br>**EVELYN BUNCE,** Individually,<br><br>Plaintiffs,<br><br>v.<br><br>**GLOCK, INC.** and **GLOCK GES.M.B.H.,**<br><br>Defendants | ) | **Case No. 2:23-cv-133-cr** |

**PLAINTIFFS' SUPPLEMENTAL RULE 26(a)(1)(A) DISCLOSURES**

Plaintiffs Gregory and Evelyn Bunce, by and through undersigned counsel, hereby supplement the witnesses listed in their Initial Disclosures dated July 19, 2024 with the following individuals who are believed to have personal knowledge and information relevant to the claims and defenses at issue in this case. Plaintiffs cannot provide details of the substance of such knowledge beyond that which has already been identified in discovery or is publicly available online, because Defendants have failed to disclose the identity of these witnesses in discovery. Plaintiffs do not have contact information for most of the witnesses, but their last known contact information is in the possession of Defendants.

Additional individuals likely to have discoverable information under Fed. R. Civ. P. 26(a)(1)(A)(i):

| **Name** | **Suspected Role** |
|---|---|
| Warren Ackerson | Glock Regional Sales Manager from 2005 to 2023. |
| Mike Blount | Sales or training for Glock during Jannuzzo's tenure. |
| Matt Chen | Still employed as Glock Regional Sales Manager for Western United States. |
| Sherry Collins | Did in-house marketing for Glock from 1992 to 2003. |
| Jeff Cooper | Not employed by Glock, but a trainer critical of Glock in early days. |
| Frank Dinuzzo | Former trainer for Glock. |
| Chris Edwards | Former director of Glock's training department according to Jannuzzo. Spent 33 years as a trainer with Glock Professional, Inc. |
| Robert Gates | Former District Sales Manager at Glock in early 1990s. Current VP at Savage Arms. |
| Joseph Magee | Sales or training for Glock during Jannuzzo's tenure. |
| Chad Mathis | Current VP at Glock, Inc. or employed by Glock Professional, Inc. |
| Bob McCracken | Former DEA, training or sales for Glock. |
| Chuck Miller | Former Navy Seal working in Glock's training department. |
| Beau Phillips | Former District Manager for Glock, Inc. |
| Jim Pledger | Former National Sales Manager for Glock, Inc. Identified by Jannuzzo, interviewed by Plaintiffs. Phone: 904-206-0439. |
| Yohann Quendler | Outside counsel and later executive for Glock Ges.m.b.H. Believed to be deceased. |
| Bob Radecki | Former longtime National Sales Manager for Glock, Inc., retired in 2025. |
| Mike Robinson | Former Global Marketing Director for Glock, Inc. between 2011 and 2015. |
| Steve Tetakis | Former sales manager for Glock in early 1990s; close with Karl Walter. |
| Kie Wagner | Former Public Relations & Communications Manager at Glock, Inc. from 2015 to 2016. |

Any other individuals with discoverable information under Fed. R. Civ. P. 26(a)(1)(A)(i) have been identified in answers to interrogatories, depositions, and discovery documents produced to date.

Additionally, Plaintiffs supplement their disclosures by reference to all discovery documents produced to date by any party or pursuant to subpoena, and

those used or referenced in any deposition in this case.

Respectfully submitted,

Dated: November 9, 2026

*/s/ Laura H. White*

______________________________

Laura H. White, Esq. (Bar No. 4025)
*Attorney for Plaintiffs*
WHITE & QUINLAN, LLC
62 Portland Road, Suite 21
Kennebunk, Maine 04043
(207) 502-7484
*lwhite@whiteandquinlan.com*