**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| **GREGORY BUNCE,** Individually and as Personal Representative of the Estate of Peter Bunce, and<br><br>**EVELYN BUNCE,** Individually,<br><br>Plaintiffs,<br><br>v.<br><br>**GLOCK, INC.** and **GLOCK GES.M.B.H.,**<br><br>Defendants | **Case No. 2:23-cv-133-cr** |

**DECLARATION OF LAURA WHITE IN SUPPORT OF PLAINTIFFS' RENEWED MOTION TO COMPEL**

I, Laura White, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner in the law firm of White & Quinlan, LLC and I make this Declaration in support of Plaintiffs' Renewed Motion to Compel, pursuant to Fed. R. Civ. P. 37(a)(1) and District of Vermont Local Rule 26(c)(2).

2. I hereby certify that I have made good faith efforts to confer with opposing counsel for Defendants Glock, Inc. and Glock Ges.m.b.H. (collectively, "Glock").

3. The parties have engaged in multiple meet and confer attempts as part of the broader discovery disputes at issue in this case, as summarized in the Declaration of my former co-counsel, Jed Miller, found at ECF No.74-1.

4. In addition, more recently, I emailed counsel for Glock requesting a meet and confer on September 28, 2026. Prior to this time, my former co-counsel had also met and conferred with Glock to try to resolve some of the outstanding disputes.

5. I emailed counsel for Glock again on September 30, 2026 requesting a response to my proposed motion to further amend the stipulated discovery schedule.

6. The parties met in Atlanta for a deposition on October 9, 2026, but did not have an opportunity to discuss discovery.

7. I sent a detailed email to opposing counsel on October 15, 2026 outlining some of the discovery disputes subject to the Renewed Motion to Compel, which Glock filed on the docket at ECF No. 109-1.

8. Counsel for Glock responded to my October 15, 2026 email the next day with details of its position on the current discovery dispute and others.

9. I sent another email on November 3, 2026 attempting to set up a time to meet and confer by phone with counsel for Glock.

10. The parties anticipate conducting a meet and confer by phone either tomorrow or another day this week.

11. However, because of the nature of the dispute that is the subject of the Renewed Motion to Compel, Plaintiffs do not anticipate that a meet and confer will be productive in resolving the issue.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2026

*/s/ Laura H. White*

Laura H. White, Esq.