

The G19X was developed for the military using GLOCK's proven combat experience with consideration to efficiency, dependability, and durability.

Fred Mastison Photos

ARTICLE BY FRED MASTISON

# YEAR ONE: **GLOCK 19X**

## GLOCK'S EARTH-SHATTERING 2018 DEBUT EXCEEDS EXPECTATIONS AS A CROSSOVER PISTOL FOR EVERYDAY CIVILIAN LIFE.

Every year, major firearms manufacturers strive to release a new firearm or at least a new version of an existing one. The folks at GLOCK had already executed their first slamdunks of 2018 with the addition of the GLOCK 26 and the GLOCK 34 Modular Optic System (MOS) to the Gen5 pistol family. With those debuts in the background, I became very curious when I was invited to GLOCK for a media event a few months later.

You should know that GLOCK does not invite one to its headquarters simply to have coffee. Still, with the enormity of the Gen5 release, I wasn't expecting anything earth-shattering to be revealed.

I was wrong. And when the dust settled, every writer in the room was thinking the same thing about the new GLOCK 19X we'd just seen—*incredible*.

### MAGICAL DESIGN

GLOCK's work on a new handgun for a U.S. military contract competition had been no secret. Hardcore GLOCK owners scoured the web for a glimpse of the gun, jokingly calling it the "unicorn of all GLOCKs." Everyone had accepted the fact that most military submissions are unique and that few will see the light of day beyond a military bureaucrat's desk. That is what made the public release of the G19X profound. GLOCK had taken all the hard work it had put into that pistol, made a slight modification for the civilian market, and shared the new gun with the masses.

As we sit back now, almost a year later, the fascination with the design remains as strong as it did at the release. It is a beautiful handgun, with a design—one that combines the popular full-size GLOCK 17 frame with the compact GLOCK 19 slide—as interesting as the color.

For those who had the opportunity to see the version submitted to the military, you quickly saw what was different about it. The pistol had an external safety as required by the military contract. It made most of us do a doubletake, but the military required it and the engineers at GLOCK made it happen.

"The G19X was originally developed for the military and is a practical everyday pistol that will do what you need it to do, when you need it to, every time, in every condition," said GLOCK Vice President Josh Dorsey. "The pistol was developed for the military using GLOCK's combat-proven experience with consideration to efficiency, dependability, and durability. Through rigorous testing, the G19X stands out above the competition and has the ability to function in harsh climates and all conditions with accuracy and ultimate reliability. Our goal was to meet the demanding needs of the military, while maintaining our standard of perfection. With proven testing results and fewer parts than our competitors' pistols, the GLOCK 19X has maximum efficiency and reliability and is easy to maintain."

I believe the fact that this is a pistol that was originally designed for the military has driven its success with civilian buyers to a degree. The design parameters were straightforward regarding durability, accuracy, and ease-of-operation specifications. Size

> **"The G19X was originally developed for the military and is a practical, everyday pistol that will do what you need it to do, when you need it to, every time, in every condition."**



77-78 19x Crossover_V3_REV_HY.indd 77
GLO16805_00_77.pgs 11.12.2018 20:10
11/12/18 8:08 PM
GLOCK003743

was also designated to a degree, as was the magazine capacity. It is at this point where the magic occurred.

The merging of the G17 and G19 created an exceptional duty weapon. When I refer to the pistol's success in the civilian market, I mean *real* success: Within six months of entering the market, the GLOCK 19X had exceeded sales of 100,000. That is an astounding number for first-year sales, and I can confidently say I believe it will go far beyond that.

## COOL, COYOTE, AND CHROMATIC

One of the reasons I believe the pistol has done well with the masses is that it is genuinely good-looking. For those who may laugh at this, I would remind them that nobody brags about their ugly guns. The G19X enjoys the first use of a factory-produced "coyote"-colored chromatic slide, something that was part of the military specifications. The color application is also included on the frame and magazines. The finish on the slide is just slightly darker than the frame and has a slight sheen to it. The new color was a major change for a company known for its all-black guns, and it is quite attractive.

The coyote finish comes from a treatment called "nPVD," short for "nitrated-base physical vapor disposition." It is a unique process that results in a highly corrosion-resistant finish, as well as lower surface friction, improved resistance to heat and chemicals, and a reduced need for maintenance. This finish was included on the military submission version of the 19X, because soldiers would be serving in extreme environments. From high heat and blowing sand to sub-freezing temps and snow, they would see it all.

Another eye-catching feature is the addition of plus-two baseplates on the magazines. With one in the chamber, this makes the G19X a 20-round pistol. Throw in the inclusion of GLOCK's well-made night sights, and the pistol quickly begins to show its fighting side. This is another nod to the G19X's original military purpose. When things get heated, soldiers need serious magazine capacity and the ability to see their sights in any situation. GLOCK smartly kept these features in its consumer version, so its loyal customers will feel more than prepared for whatever situation they encounter in daily life.

Another factor that has driven the success of the G19X can be found under hood. The G19X features many of the Gen5 enhancements. The design of the safety plunger has been transformed to a triangle, which allows for a much smoother trigger pull. The striker has also changed, as has the firing pin hole, which is now teardrop-shaped compared to the Gen4's slot design. The purpose of the latter change is to increase tolerance for foreign debris in the firing pin channel. This, in turn, reduces the potential for a light primer strike due to debris or grime. Next, the leaf spring on the slide lock lever was replaced with a coil spring.

One additional area in which GLOCK made a big change was with the barrel. The GLOCK Marksman Barrel (GMB), introduced with the fifth generation, has tighter internal dimensions, enhanced polygonal rifling, and a recessed target crown, making it a very accurate addition to the G19X. In fact, it has produced a three-inch group at 50 yards!

These Gen5 internal features, in my opinion, are what made the 19X such an exceptional option for the military. While GLOCK is known world-wide for great guns, this design raised the bar even further. How far did that bar go? At the media event for the reveal that I attended, GLOCK made a very interesting and impressive point: The new G19X had set a new bar for reliability. During testing, the gun had run an average of 11,000 rounds between stoppages. That is an incredible feat, to say the least!

## HIGH-PERFORMANCE RANGE TIME

I was one of the fortunate souls who got an early look at the G19X, and the magic continued when I received one for testing. My time with that pistol proved to be some of the best I'd enjoyed in years.

My first impression of the gun was possibly a little less than professional, something that sounded like, "Hell-yeah!" The G19X was a tack-driving workhorse, and the plus-two magazines made it a 20-round fighting pistol. I quickly fell in love. I am by no means a fan boy of any company, but GLOCK has done something exceptional with this design. I recently had the opportunity to run the G19X again and jumped at the opportunity. I was curious if I would be as excited almost a year later. The answer was a resounding yes.

The G19X is a unique crossover design that brings the best of two guns into one. For anyone who's a fan of the G19 as a carry gun, the G19X improves that experience by bringing a larger grip and higher magazine capacity to the party. For the G17 crowd, it provides an easier carry, as well as a higher magazine capacity than we had in the beginning. Either way, consumers are benefiting from GLOCK's work on a contract submission. Contracts can drive design innovation, and the proven reliability of GLOCK is infused into the DNA of the G19X, making it an exceptional firearm.



## A NEW TOOL FOR LAW ENFORCEMENT

As a professional law enforcement instructor, I would be remiss if I did not mention the perfect fit this gun offers law enforcement. Currently, 65 percent of police departments in America put a GLOCK pistol between them and the problem.

The G19X was designed to deal with the worst of the worst, and law enforcement can benefit from this. The pistol has the exact same operation as previous models, yet offers greater accuracy, ease of function, and higher magazine capacity. GLOCKs have a solid reputation for longevity in the law enforcement world, as well as for their ease of maintenance. This tradition continues with the G19X.

Photo Courtesy GLOCK



The G19X is the perfect crossover pistol merging military design and civilian applications.



77-78 19x Crossover_V3_REV_HY.indd 78
12/6/18 3:25 PM
GLO16805-00_p78.pgs 12.06.2018 15:30

GLOCK003744




The G19X is GLOCK's first "crossover" pistol. It features a unique, subdued finish and Gen5 engineering and technology that result in unequalled reliability, accuracy and handling.

Photo Courtesy GLOCK

ARTICLE BY CHRIS EDWARDS

# 100,000 STRONG: THE GLOCK 19X

## GLOCK'S LATEST FIREARM DOMINATES MARKETS WITH SALES IN THE HUNDREDS OF THOUSANDS.

In just a few months, the GLOCK 19X stunned the market with 100,000 units sold and shipped since the world first saw it at the 2018 SHOT® (Shooting Hunting Outdoor Trade®) Show. The new pistol's astonishing acceptance and popularity are due to a number of innovations.

### COYOTE TAN IS THE NEW BLACK

GLOCK has produced few pistols in colors. There have been special runs, usually requested by sporting goods distributors, with frames of olive drab or gray, as well as a couple of factory-produced variants in bright red (inert training pistols) and blue (force-on-force training). But their numbers pale in comparison to the millions of black frames produced since the 1980s.

The G19X breaks away from the all-black pack in its design, a well-received decision as shown by its popularity. The reason for the new color was a specification by the United States military for a new neutral color. Thus, unique to the G19X is the special hard and highly corrosion-resistant Coyote finish on the slide, a first for GLOCK pistols. The totality of the frame and slide coloration is striking.

### NOT JUST A PRETTY FACE

Of course, the cosmetics of the G19X are attractive, but beauty is more than skin deep. The combination of the shorter slide (GLOCK 19-sized) with a full-size (GLOCK 17-sized) frame gives the G19X a feel of faster handling and classify it as GLOCK's first "crossover" pistol.

To complement the handling characteristics for all, the G19X incorporates Gen5 controls and technology. The GLOCK Multiple Back Strap System (MBS) offers adjustments for different hand sizes. An ambidextrous slide stop lever and extended reversible magazine catch make fast, precise manipulations available to all, whether right- or left- handed. The GLOCK Marksman Barrel in 9x19 is also part of the package, and for accuracy sets a new bar for service pistols. Certified shot groups of less than two inches at 25 yards with quality ammunition have been recorded in independent testing. The fire-control/trigger action has likewise been praised for its positive influence on accuracy.

The G19X's frame has no finger grooves like the Gen5 frame, but does feature a rough texture for confident control under all conditions—hot, cold, wet, etc. To guarantee the pistol remains

**"The GLOCK 19X is both superior in its technology and dominant in the market."**

with the operator, a detachable lanyard attachment resides in the bottom rear of the frame. As an added benefit, this slightly protruding fixture provides an index point for the magazine during emergency reloads.

Speaking of magazines, the G19X package comes standard with two plus-2 magazines for a full 19-round capacity, and one standard 17-round magazine. All are in the Coyote finish. To round out the package, tritium-powered GLOCK night sights come standard on the G19X, offering a potentially life-saving sight picture in all lighting conditions from pitch black to bright light in a three-dot configuration.

The G19X has quickly proven itself to be superior in its technology and dominant in the market. With all these advantages, its advanced Gen5 features, and a subtle attractiveness, it's no wonder its sales are through the roof!



79_19x Chris Edwards_V2_REV_HY.indd 79
12/4/18 12:05 PM
GLO16805-00_p79.pgs 12.04.2018 12:06